**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BRIAN K. ALLEN,

    Plaintiff,

-vs-                                            Case No.  8:07-CV-465-T-30TBM

PINELLAS COUNTY SHERIFF'S OFFICE,

    Defendant.
_____/

## ORDER

Pro se prisoner Plaintiff Brian K. Allen initiated these proceedings by filing a civil rights complaint pursuant to 42 U.S.C. § 1983.  The events about which Plaintiff complains occurred while he was a pre-trial detainee at the Pinellas County Jail in 2004.

The Court has reviewed its files and determined that the claims Plaintiff asserts herein were previously asserted against the Defendant. *See Allen v. Pinellas County Sheriff's Office*, 8:05-CV-117-T-24MSS (M.D. Fla. 2005), without a substantial change in the issues. That case was dismissed on January 25, 2005, for failure to exhaust administrative remedies. *See id.*, Dkt. 2.

Local Rule 1.04(a) (M.D. Fla. 2006)  provides, in pertinent part, as follows:

> Whenever a case, once docketed and assigned, is terminated by any means and is thereafter refiled without substantial change in issues or parties, it shall be assigned, or reassigned if need be, to the judge to whom the original case was assigned.

Plaintiff has not alleged that he is in imminent danger of serious physical injury or that his rights will be prejudiced by the brief delay occasioned by the reassignment of this case.

ACCORDINGLY, the Court **ORDERS** that the **Clerk** shall reassign this case to The Honorable Susan C. Bucklew pursuant to Local Rule 1.04(a) (M.D. Fla. 2006).

**DONE** and **ORDERED** in Tampa, Florida on April 19, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copy furnished to:
*Pro Se* Plaintiff

SA/jsh
SA/sm